No. 1040. UNITED STATES *v.* GIUSEPPE GANCI. June 4, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. Harry S. Ridgely* for the United States. *Mr. M. Michael Edelstein* for respondent.

———

No. 1043. FARMERS LOAN & TRUST COMPANY OF NEW YORK *v.* WILCOX COUNTY, GEORGIA. June 4, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John R. F. Smith* for petitioner. No appearance for respondent.

———

No. 1046. LONDON & LANCASHIRE INDEMNITY COMPANY OF AMERICA *v.* BOARD OF COUNTY COMMISSIONERS OF COLUMBIANA COUNTY, OHIO, ET AL.; and

No. 1047. AETNA CASUALTY & SURETY COMPANY *v.* BOARD OF COUNTY COMMISSIONERS OF COLUMBIANA COUNTY, OHIO, ET AL. June 4, 1923. Petitions for writs of certiorari to the Supreme Court of the State of Ohio denied. *Mr. Bert W. Gearhart* and *Mr. George T. Farrell* for petitioners. No appearance for respondents.

———

No. 1053. GOLDWYN PICTURES CORPORATION ET AL. *v.* HOWELLS SALES COMPANY ET AL. June 4, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles E. Kelley* and *Mr. William J. Hughes* for petitioners. *Mr. Charles H. Tuttle* for respondents.

———

No. 1056. GRACE PEMBERTON *v.* MORRIS FERTILIZER COMPANY. June 4, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Cir-